# CIVIL RIGHTS COMPLAINT
# 42 U.S.C. § 1983

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------x

TRENT TAYLOR   cc#09008344,
Full name of plaintiff/prisoner ID#

                Plaintiff,

JURY TRIAL DEMAND
YES  √      NO _____

-against-

P.O. Leroy Ridley   Shield # 1214
P.O. James Johnson  Shield # 1205
Town of Hempstead

Enter full names of defendants
[Make sure those listed above are
identical to those listed in Part III.]

                Defendants.
------------------------------------------------------x

LONG ISLAND OFFICE

WALL, M.J.

I.    Previous Lawsuits:

    A.    Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?  Yes ( )  No (√)

    B.    If your answer to A is yes, describe each lawsuit in the space below (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

        1. Parties to this previous lawsuit:

            Plaintiffs: _____
                            _____

            Defendants: _____
                            _____

        2. Court (if federal court, name the district;
           if state court, name the county)
        _____

        3. Docket Number: _____

1

    4. Name of the Judge to whom case was assigned: _____

    5. Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

    6. Approximate date of filing lawsuit: _____

    7. Approximate date of disposition: _____

II.   Place of Present Confinement: **Nassau County Correctional Facility**

    A. Is there a prisoner grievance procedure in this institution? Yes (✓) No (✓)

    B. Did you present the facts relating to your complaint in the prisoner grievance procedure? Yes ( ) No (✓)

    C. If your answer is YES,

        1. What steps did you take? _____

        2. What was the result? _____

    D. If your answer is NO, explain why not **It is not a facility issue**

    E. If there is no prison grievance procedure in the institution, did you complain to prison authorities? Yes ( ) No (✓)

    F. If your answer is YES,

        1. What steps did you take? **N/A**

        2. What was the result? **N/A**

III.  Parties:

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A. Name of plaintiff  Trent Taylor

Address  2864 Eastern Blvd Baldwin NY 11510

(In item B below, place the full name and address of each defendant)

B. List all defendants' names and the addresses at which each defendant may be served. Plaintiff must provide the address for each defendant named.

Defendant No. 1        Leroy Ridley, Police officer
                       99 Nichols Court
                       Hempstead, N.Y. 11550

Defendant No. 2        James Johnson, Police officer
                       99 Nichols Court
                       Hempstead, N.Y. 11550

Defendant No. 3        ~~Town of Hempstead~~  N/A

Defendant No. 4

Defendant No. 5

[Make sure that the defendants listed above are identical to those listed in the caption on page 1].

3

IV.   Statement of Claim:

(State briefly and concisely, the facts of your case. Include the date(s) of the event(s) alleged as well as the location where the events occurred. Include the names of each defendant and state how each person named was involved in the event you are claiming violated your rights. You need not give any legal arguments or cite to cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. You may use additional 8 ½ by 11 sheets of paper as necessary.)

On the day of March 21st 2009, I was in the parking lot of 19 North Franklin in Hempstead, NY 11550. The above officer Leroy Ripley approached me and grabbed me by the collar of my shirt w/o reason, cause or provocation. At which time the second officer James A. Johnson grabbed me and twisted my arm behind my back. Soon after, officer Leroy Ripley hit me in the head with his nightstick knocking me to the ground. At which time both officers proceeded to kick and beat me without cause as I lay helpless on the ground. Then I was arrested and taken to the Town of Hempstead police department. While at the precinct, Lt. Sortino saw my condition from the beating and offered medical attention which I refused because I was threaten with additional charges. On May 17, 2010, I was acquitted of all the charges.

IV. A      If you are claiming injuries as a result of the events you are complaining about, describe your injuries and state what medical treatment you required. Was medical treatment received?

_____
_____
_____
_____
_____
_____
_____
_____

4

V. Relief:

State what relief you are seeking if you prevail on your complaint.

Based upon the foregoing reasons, Plaintiff is sueing the defendant's in their Individual and official Capacity for Excessive force of my Fourth Amendment Rights, and defendant assault, which led to my incarceration, defendant was aquitted of all charges under Heck v. Humphrey. Plaintiff is sueing for Compensitory and Punitive damages in the amount of $500,000 for the Pain and Suffering Cause on Plaintiff, as well as false arrest and imprisonment.

I declare under penalty of perjury that on November 28th, (Date) I delivered this complaint to prison authorities to be mailed to the United States District Court for the Eastern District of New York.

Signed this 22nd day of November, 20 10. I declare under penalty of perjury that the foregoing is true and correct.

Trent Taylor
Signature of Plaintiff

Nassau County Correctional Facility
Name of Prison Facility

100 Carmen Ave, East Meadow N.Y. 11554
Address

09008344
Prisoner ID#

5