UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
TRENT TAYLOR,

           Plaintiff,

- against -

P.O. LEROY RIDLEY, Shield No. 1214,
P.O. JAMES JOHNSON, Shield No. 1205, and
TOWN OF HEMPSTEAD [sic],

           Defendants.
-------------------------------------------------------------X

**JUDGMENT**
CV-10-5655 (SJF)(WDW)

**FILED**
**CLERK**
10/23/2012 10:59 am
**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

      An Opinion and Order of Honorable Sandra J. Feuerstein, United States District Judge, having been filed on October 19, 2012, granting the branches of defendants' motion seeking summary judgment dismissing the complaint pursuant to Rule 56 of the Federal Rules of Civil Procedure, dismissing the complaint in its entirety with prejudice, and directing the Clerk of Court to enter judgment in favor of defendants and against plaintiff and to close this case, it is

      **ORDERED AND ADJUDGED** that plaintiff take nothing of defendants; that the branches of defendants' motion seeking summary judgment dismissing the complaint pursuant to Rule 56 of the Federal Rules of Civil Procedure is granted; that the complaint is dismissed in its entirety with prejudice; and that this case is hereby closed.

Dated:  Central Islip, New York
         October 23, 2012

                                            DOUGLAS C. PALMER
                                            CLERK OF THE COURT

                              By:    /s/ Catherine Vukovich
                                         Deputy Clerk